| | AUSA: April N. Russo | Telephone: (313) 226-9129 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Adam Christensen, FBI | Telephone: (313) 496-4335 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States Courts
Southern District of Texas
FILED
May 18, 2018

David J. Bradley, Clerk of Court

United States of America
v.
William Brooks Davidson

Case: 2:18-mj-30285
Judge: Unassigned,
Filed: 05-17-2018 At 11:45 AM
RE: WILLIAM BROOKS DAVIDSON (EOB)

**4:18mj0821**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2014 to May 17, 2018__ in the county of __Wayne and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e), 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) and 2252A(a)(5)(B) and (b)(2); 2422; and 2252A(g)(2) | Producing, attempting to produce and conspiracy to produce child pornography; conspiracy to receive child pornography; conspiracy to access with intent to view child pornography; participation in a child exploitation enterprise; coercion and enticement of a minor |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Adam Christensen, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __MAY 17 2018__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. David R. Grand, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

## I. INTRODUCTION

I, Adam Christensen, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2010, and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation, and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251 and 2252A, and I am authorized by the Attorney General to request an arrest warrant.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **William Brooks Davidson** (XX/XX/1980) for violations of 18 U.S.C. § 2251(a) and (e) (producing, attempting to produce, and

1

conspiracy to produce child pornography); 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) (receipt and distribution of, conspiracy to receive and distribute, and attempt to receive and distribute child pornography); 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (possession of, knowing access, conspiracy to access, or attempted access with intent to view child pornography); 18 U.S.C. § 2422 (coercion and enticement); and 18 U.S.C. § 2252A(g)(2) (participating in a child pornography enterprise).

3. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent (SA) with the FBI. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Davidson** has violated Title 18 U.S.C. §§ 2251(a) and (e), 2252A(a)(2)(A) and (b)(1), 2252A(a)(5)(B) and (b)(2), 2422, and 2252A(g)(2).

## Background of Investigation

4. This affidavit, complaint, and arrest warrant are part of an ongoing investigation related to the sexual exploitation of children, specifically preteen and teenage girls, on a chatroom-based website. To protect the integrity of the investigation, the website will be referred to throughout this affidavit as Website A.

5. The investigation reveals that Website A is primarily used by adult men seeking to sexually exploit minor teenage girls. These men pretend to be teenage boys, teenage girls, or others to entice the victims to engage in sexually explicit activity on camera during live-streaming chats. Throughout the course of this investigation, the FBI has identified more than 100 minor victims, with dozens more yet unidentified, who remove clothing, engage in sexual activity, and otherwise pose for other users on the various chatrooms on Website A. The investigation also reveals that in many instances groups of users on Website A work together to coordinate the recruitment, enticement, and coercion of the victims into producing child pornography.

6. On April 10, 2017, the FBI executed a federal search warrant related to this investigation. The target of that search warrant, hereinafter referred to as S3, agreed to speak to law enforcement after the search warrant execution. S3 stated that he was part of a group that enticed minor females to undress, masturbate, and engage

in other types of sexual activity on webcamera on Website A.[1] Members of the group usually recorded these sexual acts and shared the recordings with other group members.

7. According to S3, the group typically organized and communicated through an invitation-only Skype group chat. Therefore, this group will be referred to as "the Skype Group" throughout this affidavit. However, at different times, they have also used chatrooms on Website A and other websites to organize and discuss their scheme. Members of the Skype Group played different roles in order to accomplish the common objective of getting minor females to engage in masturbation and other sexually explicit conduct via webcamera so that they could record it. According to S3, their targets were primarily 14- to 18-year-old females.

8. S3 also told the FBI that the group used Website B—a website similar to Website A that likewise involved group chatrooms where one or two users could appear live on webcamera to live stream to other users in the chatroom—as part of their sexually exploitive conspiracy. According to S3, when Website B was active, it was password protected and exclusively used by members of his Skype Group, and was used by them to target minor females in order to entice them to engage in sexual

---

[1] The FBI knows the identities of S3, Website A, Website B, and the usernames utilized by the defendants but they are not revealed here to protect the integrity of an ongoing investigation. S3 has entered a guilty plea to the charge of child exploitation enterprise, in violation of 18 U.S.C. §

4

activity on camera.

9. S3 provided Affiant with permission to assume his identity in the Skype group chats. A review of historical Skype chats between S3 and other members of the Skype group corroborated S3's statements about group-related activity on Website A and Website B. Moreover, Skype chats between S3 and other Skype Group members demonstrated that the group's conspiracy to sexually exploit minor victims on Website A continued throughout 2015, 2016, and up to at least April 2017.

### The Members of the Skype Group and Their Victims

10. Based on a review of the Skype chats, statements by S3, statements of several of the identified members of the Skype Group, and other investigation, at least eight members of the Skype group have been positively identified. **William Brooks Davidson** of Houston, Texas is a member of the Skype group. **Davidson** utilizes the username **Houston Target #1**[2] on at least Website B and Skype and has been using a certain Skype account containing that username to communicate with the group since at least April of 2016.

11. Approximately 40 victims of the Skype Group have been identified by the

---

2252A(g).

[2] Houston Target #1 replaces the true username Davidson used throughout this affidavit to protect the integrity of the ongoing investigation.

5

FBI. Those victims were in rooms with the Skype Group on Website A or Website B. Of those victims, MV-1, MV-2, MV-12, MV-13, MV-14, MV-16, and MV-17 all reside in the Eastern District of Michigan.

**Specific Examples of Child Exploitation on Website A and Website B**

12. The review of the group's Skype conversations, which were recovered during the forensic examination of S3 and other defendants' computers, revealed numerous examples of the Skype Group coercing teenage girls into engaging in sexually explicit conduct on Website A. For example, in a conversation dated February 8, 2015, the Skype Group discussed an identified minor victim, MV-18, with a DOB of XX/XX/2001 (all errors in the original):

| Group Member # 1 | this girl is like a latina version of [MV-18] (provides link YouNow channel) |
| --- | --- |
| **Houston Target #1** | ah but can she orgasm like [MV-18]? and, hai all |
| Group Member # 2 | can [MV-18] orgasm? |
| Group Member # 1 | hey |
| Group Member # 1 | Squirt squirt |
| Group Member # 2 | [MV-18] cumming is a myth hidden behind writhing and mystery |
| **Houston Target #1** | lol |
| Group Member # 3 | Link her |

| Group Member # 4 | [MV-18] can cum, she tried to squirt on cam the other day but failed tho |
| --- | --- |
| Group Member # 2 | As usual |
| Group Member # 2 | Her nonsense doesn't fool me |
| Group Member # 3 | at aleast is isnt piss |
| Group Member # 4 | This time she really tried byt I guess it is just piss |
| Group Member # 4 | imo |
| **Houston Target #1** | lol she really made you mad huh |
| **Houston Target #1** | i promise you my orgasms are real, Group Member # 2 |
| Group Member # 2 | her "omg i went off cam and cummed harder than niagara falls" nonsense no longer makes me even curious |
| Group Member # 4 | she can't squirt it is pis |
| Group Member # 2 | back to her vine pissing |
| Group Member # 3 | just like [name of another minor victim] |
| Group Member # 2 | that 10yo [name of a third minor victim] is still the best cummer, she rubber her clit until she came, and then became a bitter bmer of other loops |

The group then goes on to further discuss this 10 year-old minor victim and attempting to entice her to have sexual contact with her brother.

13. Your affiant's review of the Skype Group's chats showed that most of the discussion centered on the sexual exploitation of the minor victims of the group,

7

consistent with the examples provided above. **Davidson**, utilizing the moniker **Houston Target #1**, was a consistent contributor to the Skype Group.

### Identifying Davidson as Houston Target #1 from the Skype Group

14. Based on the evidence detailed above, a search warrant for the above-mentioned Skype account associated with **Houston Target #1** was sought and authorized in the Eastern District of Michigan on January 25, 2018. Microsoft was served via email that same day and, on March 2, 2018, provided responsive materials, to include chats and files sent to and received from the Skype account between September 2, 2017, and January 25, 2018. Analysis of the conversations between this account and others by the FBI determined that the primary purpose of their conversations was to recruit minor females to engage in sexual activity on webcamera.

15. Both the chats and images provided in response to the search warrant were reviewed by your Affiant. Approximately 70 of the images met the federal definition of child pornography. Some of these child pornography images were of MV-18, the minor that was the subject of the Skype conversation above. From the Skype chat conversations provided in response to the search warrant, it appears that **Houston Target #1** is using images and videos of MV-18 to portray himself as a minor female to potential minor victims in order to entice them to engage in sexual activity on webcamera. Using a previously recorded video of a minor in a chatroom

and pretending to be that minor is a common technique used by the Skype Group and other groups I have investigated on Website A. This activity is called "looping." Moreover, the Skype account associated with **Houston Target #1** both shared and received images that met the federal definition of child pornography with other group members, including images of MV-18. One such image that he received depicted MV-18 undressing and displaying her genitals to the camera with just a G-string pair of underwear on.

16. Based on interviews with Skype Group members, the review of the Skype Group chats, forensic evidence collected from multiple Skype Group members' devices, recovered Website B chats, and the contents of the Skype search warrant return for the account used by **Houston Target #1**, it is apparent that **Houston Target #1** was a member of the group since at least January of 2015 and that he was actively working with other at-large Skype Group members to target minors through at least March of 2018.

17. In a conversation dated November of 2017, **Houston Target #1** told another group member his Google account username. The results of a subpoena return showed that the account had been accessed with an IP address that came back to **Brooks Davidson**, at 1\*\*\*1 Langham Crossing Lane, Houston, Texas 77084.

### Search Warrant Execution at Davidson's Residence

18. On May 17, 2018, a federal search warrant authorized in the Southern District of Texas was executed at **Davidson**'s residence, 1\*\*\*1 Langham Crossing Lane, Houston, Texas 77084. **Davidson** and Justin Sanders, **Davidson's** brother and roommate, were present during the execution of the warrant. **Davidson** identified his bedroom. In **Davidson's** bedroom, a Corsair Carbide Air 740 custom built desktop computer was powered on and active. The Skype account associated with **Houston Target #1** was open on the computer screen and an account of a known Skype Group member was listed in this Skype account. The computer was connected to approximately 4 terabytes of harddrive storage.

19. **Davidson** agreed to speak to the FBI and stated that he had used the Skype account associated with **Houston Target #1** and the username **Houston Target #1**, both recently and on Website A and Website B. He admitted that he was currently working with other individuals, primarily on Snapchat to entice minor females to engage in sexual activity. The usernames of the individuals that **Davidson** identified were known Skype Group members. He also stated that he was using videos of a previous group victim to loop to the groups' targets to entice them to engage in sexual activity. He would not state his preferred age, but admitted that there would be recordings of girls between the ages of 10 and 18 engaged in sexual activity on his

computer. He told the FBI that they would find all of the files they were looking for, including these recordings, on an encrypted drive connected to the desktop computer where the FBI had observed his open and active Skype account. Although the device has not yet been forensically examined, the FBI has thus far observed a thumbnail from at least one video of a female displaying her genitals that is labeled with the name of an identified minor victim (MV-22) of the Skype Group. MV-22 was targeted by the group between the ages of 14 and 17 on Website B.

## CONCLUSION

20. Based on the foregoing, there is probable cause to believe **William Brooks Davidson** has produced, attempted to produce, and conspired to produce child pornography, in violation of 18 U.S.C. § 2251(a) and (e); coerced and enticed, or attempted to coerce and entice, a minor to engage in sexually explicit conduct, in violation of 18 U.S.C. § 2422; and has participated in a child pornography enterprise, in violation of 18 U.S.C. § 2252A(g)(2).

_____
Special Agent Adam Christensen
Federal Bureau of Investigation

Sworn to me this 17th day of May, 2018

_____
David R. Grand
United States Magistrate Judge